# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

JOSEPH RUSSO

        Plaintiff,

    v.

MARK STEVENS, PATSY COYNE
        Defendants.

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Case Number: 08CV3653(JBS)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☑ **GRANTED**, and

    ☑ The Clerk is directed to file the complaint, and

    ☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ **DENIED**, for the following reasons:

_____

_____

    ☐ and the Clerk is directed to close the file.

~~Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen this case.~~

ENTERED this __25th__ day of __July__, 2008

_____
Signature of Judicial Officer

JEROME B. SIMANDLE, U.S.D.C.J.
Name and Title of Judicial Officer