IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JOSEPH RUSSO,

                    Plaintiff,              Civil Action
                                            No. 08-3653 (JBS)
        v.

MARK STEVENS and PATSY COYNE,               ORDER FOR DISMISSAL

                    Defendants.


        This matter came before the Court upon review of Plaintiff's

Complaint pursuant to 28 U.S.C. § 1915(e)(2), and

        For reasons stated in the Letter Opinion of today's date,

the Court finds the case must be dismissed for lack of subject

matter jurisdiction and for failure to state a claim upon which

relief may be granted; accordingly,

        IT IS this ___**29th**___ day of **July, 2008** hereby

        ORDERED that the Complaint herein shall be, and it hereby

is, DISMISSED without prejudice to Plaintiff's right to file a

new complaint for appropriate relief in a New Jersey court of

competent jurisdiction.


                                    **s/ Jerome B. Simandle**
                                    JEROME B. SIMANDLE
                                    U.S. District Judge